1  Tino X. Do, Esq. (SBN 221346)
   SALTZMAN & JOHNSON LAW CORPORATION
2  5100-B1 Clayton Road, Suite 373
3  Concord, CA 94521
   Telephone: (510) 906-4710
4  Email: tdo@sjlawcorp.com

5  Attorneys for Plaintiffs

6

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No. 3:25-cv-01580-JST |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATION FOR CONDITIONAL DISMISSAL |
| v. | |
| M.J. GILBERT CONSTRUCTION CO., INC., a California Corporation; MICHAEL J. GILBERT, an individual, | |
| Defendants. | |

19  //

20  //

21

22  //

23  //

24

25  //

26  //

27

28

                                    1

**IT IS SO ORDERED.**

In accordance with the settlement and request of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that this matter is dismissed conditionally. The Court shall retain jurisdiction over this matter until a final dismissal is entered. In the event that Defendant default in performance of her settlement with Plaintiffs, Plaintiffs' Counsel may file a declaration under penalty of perjury by May 16, 2026, requesting that the dismissal of this matter may not be effectuated by the Court and requesting that this matter be reinstated as result of Defendant's failure to satisfy their obligations under the confidential settlement agreement. If Plaintiffs do not file said declaration by May 16, 2026, this Conditional Dismissal shall convert to a Dismissal with Prejudice of this matter effective May 17, 2026, or earlier upon the request of the Parties due to Defendant's earlier satisfaction of the settlement terms.

Dated:   May 28, 2025

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE