UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,

Plaintiffs,

v.

M.J. GILBERT CONSTRUCTION CO., INC., et al.,

Defendants.

Case No. 25-cv-01580-JST

**ORDER VACATING CONDITIONAL DISMISSAL ORDER AND SETTING CASE MANAGEMENT CONFERENCE**

Re: ECF No. 18

On May 28, 2025, the Court granted the parties' stipulation conditionally dismissing the case because they had reached a settlement. ECF No. 17 at 2. That order stated that "[i]n the event that Defendant default in performance of [the] settlement with Plaintiffs, Plaintiffs' Counsel may file a declaration under penalty of perjury by May 16, 2026, requesting that the dismissal of this matter may not be effectuated by the Court and requesting that this matter be reinstated as result of Defendant's failure to satisfy their obligations under the confidential settlement agreement." *Id*. On May 14, 2026, Plaintiffs' counsel filed said declaration. ECF No. 18. The Court's conditional dismissal order, ECF No. 17, is hereby vacated.

The parties are ordered to appear at a case management conference on June 9, 2026, at 2:00 p.m., to be held via Zoom videoconference. A joint case management statement is due by June 2, 2026.

**IT IS SO ORDERED.**

Dated: May 29, 2026

_____
JON S. TIGAR
United States District Judge