UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,

Plaintiffs,

v.

M.J. GILBERT CONSTRUCTION CO., INC., et al.,

Defendants.

Case No. 25-cv-01580-JST

**ORDER TO SHOW CAUSE**

Plaintiffs and their attorneys are ORDERED TO SHOW CAUSE why sanctions should not be imposed for their failure to appear as ordered on July 14, 2026.  ECF No. 22.  A written response to this order is due July 21, 2026.  The Court will conduct a hearing on this order to show cause on July 28, 2026 at 2:00 p.m.

The Court will conduct a case management conference at the same time.  In their response to the order to show cause, Plaintiffs should therefore address their plan for bringing this case to resolution.

**IT IS SO ORDERED.**

Dated:  July 14, 2026

_____
JON S. TIGAR
United States District Judge